IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Digital Cache, LLC,** | Case No. 6:21-cv-00732-ADA |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Micro-Star International Co. Ltd.,** | |
| Defendant. | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this action with prejudice.

Each party shall bear its own costs, expenses, and attorneys' fees.


Dated: March 1, 2022          Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
5680 King Centre Dr, Suite 645
Alexandria, VA 22315
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff
Digital Cache, LLC**

/s/ Bijal V. Vakil
Bijal V. Vakil (CA Bar No. 192878)
(*admitted to the Western District of Texas*)
Allen & Overy LLP

1

550 High Street
Palo Alto, CA 94301
Telephone: (650) 388-1703
bijal.vakil@allenovery.com

**Counsel for Defendant
Micro-Star International Co. Ltd**

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on March 1, 2022 via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff
