**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **Digital Cache, LLC,** | Case No. 6:21-cv-00732-ADA |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Micro-Star International Co. Ltd.,** | |
| Defendant. | |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The request to dismiss this matter with prejudice is hereby GRANTED.

**SIGNED** this day_____ of_____ 2022.

_____
Alan D Albright
UNITED STATES DISTRICT JUDGE